# Court of Appeals
# of the State of Georgia

ATLANTA,  November 21, 2017

*The Court of Appeals hereby passes the following order:*

## A18A0789.  CHRISTOPHER BURNS et al. v. GA/ATL PROPERTY MGNT, LLC.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, the defendants, Christopher and Diane Burns, appealed to state court. On July 21, 2017, the state court entered a writ of possession in favor of GA/ATL Property Mgnt, LLC. On August 21, 2017, the defendants filed a notice of appeal to this Court. We, however, lack jurisdiction for two reasons.

First, "appeals from decisions of the state courts reviewing decisions of magistrate courts by de novo proceedings" must come by application for discretionary appeal. OCGA § 5-6-35 (a) (11); see also *Strachan v. Meritor Mtg. Corp. East*, 216 Ga. App. 82, 82 (453 SE2d 119) (1995). The defendants' failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this appeal.

Second, this appeal is untimely. Pursuant to OCGA § 44-7-56, an appeal from any dispossessory judgment must be filed within 7 days of the date the judgment was entered. See *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). Here, the defendants' notice of appeal was filed 31 days after entry of the state court's order. For these reasons, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  11/21/2017*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*